UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDALL CUMMER, | ) Case No. EDCV 05-01120-ODW (AJW) |
| Petitioner, | ) |
| v. | ) |
| | ) JUDGMENT |
| M.S. EVANS, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: August 24, 2011

_____
Otis D. Wright II
United States District Judge